UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-21142-FAM

NELSON I. VARGAS
and other similarly situated individuals,

   Plaintiff(s),

v.

GROUND EFFECTS, INC.
and LUIS VALDES, individually

   Defendants,

_____/

## NOTICE OF SETTLEMENT

   PLEASE TAKE NOTICE that Plaintiff NELSON I. VARGAS has agreed to settle

his claims against Defendants GROUND EFFECTS, INC and LUIS VALDES. Pursuant

to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for

wages arising under the FLSA may be settled or compromised only with the approval of

the Court or the Secretary of Labor.  To this end, the parties are in the process of finalizing

all the necessary settlement documentation.

Dated: June 30, 2021

Respectfully submitted,

BY: _s/Zandro E. Palma___
Zandro E. Palma Esq.
Florida Bar No.: 0024031
E-mail: zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone:  (305) 446-1500

Facsimile:   (305) 446-1502

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  June 30, 2021.

Respectfully submitted,

 **/s/ Zandro E. Palma**
ZANDRO E. PALMA, ESQ.