UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-21142-CIV-MORENO**

NELSON I. VARGAS,

        Plaintiff,

vs.

GROUND EFFECTS, INC. and LUIS VALDES,

        Defendant.

_____/

**ORDER OF DISMISSAL PENDING SUBMISSION OF SETTLEMENT AGREEMENT**

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement **(D.E. 13)**, filed on **June 30, 2021**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that in light of the parties "settling" this action as indicated on June 30, 2021, this case is DISMISSED with prejudice pending the approval of the settlement agreement pursuant to *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). Plaintiff's counsel Zandro Palma is directed to submit the settlement to the Court detailing the amount of damages and fees by October 22, 2021.[1] Failure to file the settlement will result in a show cause hearing.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th of October 2021.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

---

[1] The Court has left three telephone messages asking Mr. Palma to call chambers.

Copies furnished to:

Counsel of Record